## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Vanessa Jimenez, Individually, and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | DOCKET NO. 22-cv-4375 (JMF) (GWG) |
| - vs. – | |
| Pro Therapy Supplies, LLC, | **NOTICE OF MOTION** |
| Defendant. | |

    PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendant will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to bring the attached Motion to Dismiss the complaint on for hearing at such time and date as the Court may determine.

Dated: July 20, 2022

Respectfully submitted,

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant