UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
VANESSA JIMENEZ, *individually and on behalf of all* :
*others similarly situated*, :
:
: 22-CV-4375 (JMF)
Plaintiff, :
: ORDER
-v- :
:
PRO THERAPY SUPPLIES, LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today:

1. Discovery in this case is now closed, except that the parties have until **December 22, 2022**, to cure any outstanding discovery deficiencies and to conduct any previously noticed depositions.  **Failure to do so may result in sanctions.**

2. Defendant shall respond to Plaintiff's settlement demand within **one week**.

3. The pretrial conference currently scheduled for December 7, 2022, is ADJOURNED to **January 11, 2023**, at **9:00 a.m.**

4. In all other respects, the parties' November 23, 2022 motion, ECF No. 24, is DENIED.

SO ORDERED.

Dated: December 1, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge